|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN FRANCISCO DIVISION |

UNITED STATES OF AMERICA,     )
                              )
    Plaintiff,                )  **No. C 06-4675 PJH**
                              )
    v.                        )
                              )
APPROXIMATELY 360,804 POUNDS OF )   (~~PROPOSED~~) **ORDER**
VIATNAMESE SUTCHI CATFISH,    )
                              )
    Defendants.               )
_____)

Upon consideration of the Stipulation to Continue the May 17, 2007, Case Management Conference until June 27, 2007, it is hereby

**ORDERED** this _____ day of _____, 2007, that the parties case management conference now scheduled for May 17, 2007, is continued until June 28, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

05/10/07
_____         _____
Date                      Judge Phyllis J. Hamilton

[Signature and seal: Judge Phyllis J. Hamilton, United States District Court, Northern District of California]