UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

    v.

APPROXIMATELY THREE HUNDRED AND SIXTY THOUSAND EIGHT HUNDRED AND FOUR POUNDS OF FISH,

    Defendant.
_____/

No. C 06-4675 PJH

**ORDER VACATING HEARING DATE AND GRANTING STAY**

The court, having considered the United States' unopposed motion to stay this case, hereby orders that this forfeiture action is stayed pursuant to 18 U.S.C. § 981(g). It is further ordered that the United States shall file reports under seal at 180 day intervals which set forth the continued justification for staying the instant case. It is further ordered that the June 27, 2007 hearing on the United States' Motion to Stay and the June 28, 2007 case management conference are VACATED.

As for the government's request in the status conference statement to unseal the pleadings supporting its motion to stay, the government should prepare a proposed order reflecting this request, if any, to unseal any previously sealed documents. The government should specify which documents it is requesting to unseal.

Dated: June 25, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge