1  JOSEPH P.  RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J.  STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6816
7      Facsimile: (4150 436-6748

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,              )     No. C 06-4675 PJH
13                                         )
            Plaintiff,                     )
14                                         )
       v.                                  )     **REQUEST FOR DISMISSAL**
15                                         )     AND ORDER
   APPROXIMATELY 360,804 POUNDS OF         )
16 VIETNAMESE SUTCHI CATFISH,              )
                                           )
17          Defendants.                    )
                                           )
18 ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

19         Pursuant to Rule 41(a)(2) of Federal Rules of Civil Procedure, plaintiff hereby requests a

20 dismissal of the instant action.  Plaintiff contends that a dismissal of this action is appropriate in light of

   the following information:
21
           This civil forfeiture action arises from a criminal investigation being conducted by the United
22
   States Department of Commerce National Oceanic and Atmospheric Administration's Fisheries Service
23
   Office of Law Enforcement (NOAA-OLE), United States Immigration and Customs Enforcement (ICE)
24
   and United States Food and Drug Administration (FDA) concerning alleged violations of federal import
25
   and environmental laws.  The government seized the fish at issue and subjected it to various tests.
26
   According to the government, those tests and other evidence obtained during the  course of the
27
   investigation demonstrate that the fish was falsely labeled and illegally imported into the United States in
28

REQUEST FOR DISMISSAL
[C 06-4675 PJH]                                              *1*

1   an attempt to avoid anti-dumping duties and illegally transported throughout the United States, both in

2   violation of the Lacey Act (16 U.S.C. 3372(a) and (d)).  The government contends that the fish is thus

3   subject to forfeiture under 16 U.S.C. 3374(a)(1), 18 U.S.C. 545, and 19 U.S.C. 1595(a).  Additionally,

4   the government contends that the testing revealed that 17 of the 20 lots of seized fish contain malachite

5   green – a carcinogenic veterinary aquaculture antibiotic that is unsafe for domestic consumption.  The

6   presence of malachite green subjects the fish to seizure and condemnation by the FDA and separately

7   prohibits the re-exportation of the seized fish to Vietnam.

8       On May 24, 2007, claimants Virginia Star Seafood and International Sea Products Corporation

9   were among those entities and individuals indicted in the Central District of California on similar charges

10  related to their participation in a conspiracy concerning the trafficking of illegally imported

11  merchandise, namely Vietnamese catfish.  In the criminal case, the government also sought forfeiture of

12  the fish at issue in the civil forfeiture action.

13      On October 14, 2008, the criminal case proceeded to trial in Los Angeles.  Prior to trial, Virginia

14  Star Seafood and International Sea Products Corporation pled guilty to charges relating to the scheme to

15  unlawfully import and sell the mislabeled fish.  These charges support the forfeiture of the seized fish.

16  Trial proceeded against Peter Lam, the President and Director of Virginia Star.  Lam was convicted of

17  various offenses, including conspiring to import the seized fish in violation of law.  Following the trial,

18  Lam consented to the forfeiture of the seized fish.

19      On May 18, 2009 the Court entered a Preliminary Order of Forfeiture forfeiting the subject fish

20  pursuant to Title 21, United States Code, Sections 853(p)(1)(B) and (p)(2); and Title 28, United States

21  Code, Section 2461(c).  (*See* Exhibit A)

22      The Preliminary Order required the United States to publish notice of the Order and otherwise

23  direct written notice to all persons known to have an interest in said property.  Beginning on August 4,

24  2009, the United States published notice of the forfeiture action on www.forfeiture.gov, a government

25  website for at least thirty days, notice of this Order and notice of the government's intent to dispose of

26  the property in accordance with the law. The notice also advised potential third parties of their right to

27  petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal

28  interest in the property.

1    On or about August 20, 2009, defendant Peter Lam signed a form entitled "Waiver of Claim To

2   and Abandonment of Seized Item" forfeiting his interest in the seized fish. (*See* Exhibit B).  Co-

3   defendant Arthur Yavelberg signed a similar form forfeiting his interest in the seized fish on or about

4   August 4, 2009. (*See* Exhibit C).

5    In June 2009, the government also provided notice of the impending criminal forfeiture

6   proceedings against the seized fish to Virginia Star Seafood and International Sea Products Corporation,

7   the claimants to the fish in the instant forfeiture action. (*See* Exhibit D).

8    No petitions were filed challenging the forfeiture in the criminal case and the district court for

9   the Central District of California issued a final order of forfeiture regarding the fish on December 7,

10  2009.  (See Exhibit E).

11    Thus, the government contends that since the fish at issue has been ordered forfeited in the

12  related criminal case, the instant action is moot and should be dismissed.

13

14                                          Respectfully submitted,

15                                          JOSEPH P.  RUSSONIELLO
                                            United States Attorney
16

17  Dated: December 22 , 2009

18                                          STEPHANIE M. HINDS
                                            Assistant United States Attorney
19

20

21                    **[~~PROPOSED~~] ORDER RE DISMISSAL**

22    Upon plaintiff's request and good cause appearing, the Court hereby dismisses the instant action.

23

24
    DATED: 12/23/09
25
                                            PHYLLIS J. HAMILTON
26                                          United States District J

27                                          IT IS SO ORDERED

28                                          Judge Phyllis J. Hamilton

    **REQUEST FOR DISMISSAL**
    **[C 06-4675 PJH]**

EXHIBIT A

1 THOMAS P. O'BRIEN
  United States Attorney
2 CHRISTINE C. EWELL
  Assistant United States Attorney
3 Chief, Criminal Division
  JOSEPH O. JOHNS (No. 144524)
4 Assistant United States Attorney
  Chief, Environmental Crimes Section
5      1300 U.S. Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone: (213) 894-4536
7      Email: joseph.johns@usdoj.gov
  RONALD J. TENPAS
8 Assistant Attorney General
  ELINOR COLBOURN                        E-FILED 05-18-09
9 Senior Trial Attorney                  CC: USPO/PTS/USM
  United States Department of Justice
10 Environment and Natural Resources Division
  Environmental Crimes Section
11     601 D. St., NW
       Washington, DC 20004
12     Telephone: (202) 305-0321
       Facsimile: (202) 305-0397
13
  Attorneys for Plaintiff
14 United States of America

15                UNITED STATES DISTRICT COURT

16          FOR THE CENTRAL DISTRICT OF CALIFORNIA

17
   UNITED STATES OF AMERICA,    ) CR No. 07-00449 (PSG) -Deft 6
18                              )
                   Plaintiff,   ) [PROPOSED] PRELIMINARY ORDER FOR
19                              ) FORFEITURE
                                )
20            v.                )
                                ) (GOVERNMENT'S MOTION FOR A
21 PETER X. LAM,                ) PRELIMINARY ORDER OF FORFEITURE
                                ) AND SUPPORTING MEMORANDUM OF
22            Defendant.        ) POINTS AND AUTHORITIES
                                ) CONCURRENTLY FILED)
23                              )
                                )
24                              )
                                )
25
26
27
28

[PROPOSED] ORDER

This matter having come before the Court upon motion of the United States of America for a Preliminary Order of Forfeiture; and the Court having considered said motion and the bases therefore as well as the opposition thereto; and good and sufficient cause having been shown; the Court makes the following findings and orders:

WHEREAS, on October 29, 2008, a jury found defendant Peter X. Lam guilty of Counts One, Two, Three and Four of the Redacted Indictment;

WHEREAS, on ___May 18, 2009___, this Court, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, determined that defendant Lam participated in the conspiracy alleged in Count One, to cause merchandise to be introduced into the United States in violation of 18 U.S.C. § 545, which property includes the specific property identified in Attachment A hereto, that is 267,570 pounds of frozen fish fillets, as well as an additional $12,578,676 worth of such merchandise that was introduced into the United States pursuant to the conspiracy during the time defendant Lam was a participant in the conspiracy;

WHEREAS, the United States has filed a Motion for Entry of Preliminary Order of Forfeiture which would consist of an order of forfeiture of the specific 267,570 pounds of frozen fish fillets identified in Attachment A hereto, and of a personal money judgment in the amount of $12,578,676 for defendant Lam;

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary

2

1   proceeding is required to the extent that the forfeiture consists

2   of a money judgment";

3        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

4   that defendant Lam shall forfeit to the United States the sum of

5   $12,578,676.

6        IT IS FURTHER ORDERED that defendant Lam shall forfeit to

7   the United States the 267,570 pounds of frozen fish fillets

8   identified in Attachment A hereto, pursuant to Title 18, United

9   States Code, Section 545 and Rule 32.2(b) of the Federal Rules of

10  Criminal Procedure;

11       IT IS FURTHER ORDERED that the United States, through its

12  appropriate agency, having previously seized the forfeited

13  property, shall forthwith publish on www.forfeiture.gov, a

14  government website, for at least thirty days, notice of this

15  Order, notice of the government's intent to dispose of the

16  property in such manner as the Attorney General may direct and

17  notice that any person, other than the defendant, having or

18  claiming a legal interest in the property must file a petition

19  with the Court and serve a copy on government counsel within

20  thirty (30) days of the final publication of notice or of receipt

21  of actual notice, whichever is earlier;

22       IT IS FURTHER ORDERED that the United States District Court

23  shall retain jurisdiction in the case for the purpose of

24  enforcing this Order;

25       IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this

26  Order of Forfeiture shall become final as to defendant at the

27

28                                3

1  time of sentencing, and shall be made part of the sentence and

2  included in the judgment;

3      IT IS FURTHER ORDERED that the United States may, at any

4  time, move pursuant to Rule 32.2(e), and 21 U.S.C. § 853(p)(1)(B)

5  and (p)(2), and 28 U.S.C. § 2461(c), to amend this Order of

6  Forfeiture to substitute property having a value not to exceed

7  $3,041,398.97 for defendant Lam to satisfy the money judgment in

8  whole or in part; and

9      IT IS FURTHER ORDERED that the Clerk of the Court shall

10 forward four certified copies of this Order to Senior Trial

11 Attorney Elinor Colbourn, U.S. Department of Justice, Environment

12 and Natural Resources Section, 601 D St., NW, Room 2132,

13 Washington, D.C. 20004.

14

15 SO ORDERED:

16 DATED this  18th  day of ~~February~~ May, 2009.

17                                      PHILIP S. GUTIERREZ
18                                 HONORABLE PHILIP S. GUTIERREZ
                                   UNITED STATES DISTRICT JUDGE
19

20 ATTEST:

21
   CLERK OF THE COURT
22

23 BY:  Irene Ramirez
          Deputy Clerk
24

25

26

27

28                                 4

EXHIBIT B

LEADS Case Document #:  CD_____

# UNITED STATES DEPARTMENT OF COMMERCE
### National Oceanic and Atmospheric Administration
### National Marine Fisheries Service
### Office of Law Enforcement

## WAIVER OF CLAIM TO AND ABANDONMENT OF SEIZED ITEM

I, Peter X. Lam, do hereby waive all claim to and voluntarily abandon and forfeit, to the United States Department of Commerce, any title or interest I may have in the following item(s), to wit: 22 lots of frozen seafood product labeled as "Sole" numbered APRU500420, APRU500420A, APRU504796, APRU504796A, APRU5034273,  APRU5034273A, CRLU7105935, CRLU7105935A, TRIU8452057, TRIU8452057A, APRU501618, APRU501618A, TRLU1938139, TRLU1938139A, APRU5008910, APRU5008910A, APRU5008910B, APLU6937507, APLU6937507A, APLU6937507B, CRLU5223923, CRLU5223923A, which item(s) were seized on December 27, 2005, at a freezer warehouse in the San Francisco, California area for an alleged violation of the following statute: *(check appropriate box)*

☐ Magnuson-Stevens Fishery Conservation and Management Act, 16 USC 1801-1882

☐ Atlantic Tunas Convention Act, 16 USC 971e

☐ Marine Mammal Protection Act, 16 USC 1361-1407

☐ Endangered Species Act, 16 USC 1531-1543

☑ Lacey Act Amendments of 1981, 16 USC 3371-3378

and implementing regulation at 50 CFR 300.160.

I make this waiver of claim and so forfeit and abandon the stated item(s) voluntarily and with full knowledge of my right to otherwise contest the alleged violation and any penalty, seizure, forfeiture or other sanction that might be sought by the United States.  I also agree not to assert against the United States any claims or counterclaims whatsoever arising out of the seizure, detention and forfeiture of the seized item described above.

8-20-09
Date

_Signature_

PETER X. LAM
Name (Please Print)

Certified Mail No:

EXHIBIT C

LEADS Case Document #: CD_____

## UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
National Marine Fisheries Service
Office of Law Enforcement

### WAIVER OF CLAIM TO AND ABANDONMENT OF SEIZED ITEM

I, **Arthur Yavelberg**, while not acknowledging any interest in, do hereby waive all claim to and voluntarily abandon and forfeit, to the United States Department of Commerce, all title and interest I may possess in the following item(s), to wit:
22 lots of frozen seafood product labeled as "Sole" numbered APRU500420, APRU500420A, APRU504796, APRU504796A, APRU5034273,  APRU5034273A, CRLU7105935, CRLU7105935A, TRIU8452057, TRIU8452057A, APRU501618, APRU501618A, TRLU1938139, TRLU1938139A, APRU5008910, APRU5008910A, APRU5008910B, APLU6937507, APLU6937507A, APLU6937507B, CRLU5223923, CRLU5223923A; which item(s) were seized on December 27, 2005, at a freezer warehouse in the San Francisco, California area for violation of the following statute: *(check appropriate box)*

☐ Magnuson-Stevens Fishery Conservation and Management Act, 16 USC 1801-1882

☐ Atlantic Tunas Convention Act, 16 USC 971e

☐ Marine Mammal Protection Act, 16 USC 1361-1407

☐ Endangered Species Act, 16 USC 1531-1543

■ Lacey Act Amendments of 1981, 16 USC 3371-3378

and implementing regulation at 50 CFR 300.160.

I make this waiver of claim and so forfeit and abandon the stated item(s) voluntarily and with full knowledge of any and all rights I may have.  I also agree not to assert against the United States any claims or counterclaims whatsoever arising out of the seizure, detention and forfeiture of the seized item described above.

_8/4/09_____            _____
Date                                    Signature

              _ARTHUR   YAVELBERG_
              Name (Please Print)

Certified Mail No:

EXHIBIT D



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*                              *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*                      *FAX:(415) 436-7234*

June 26, 2009

Leslie T. Krasny, Esq.
Keller and Heckman LLP
50 California Street, Suite 1500
San Francisco, CA 94111

Douglas J. Behr, Esq.
Keller and Heckman LLP
1001 G Street, N.W. Suite 500 West
Washington, DC  20036

      RE:    United States v. Approximately Three Hundred and Sixty Thousand Eight
              Hundred and Four (360,804) Pounds of Fish/ C 06-04675 PJH

Dear Counsel:

      Enclosed is the Preliminary Order of Forfeiture in criminal case again Peter Lam wherein
the Court ordered forfeiture of the seized fish.  The Order sets forth the procedures for third
parties to pursue claims to the seized property.  To the extent your clients do not seek to pursue
claims against the fish, please let me know as soon as possible if you have any objections to the
government destroying the fish as it continues to incur daily storage fees.

      Thank you for your anticipated cooperation.  Please let me know if you have any
questions.

                            Very truly yours,

                            JOSEPH P. RUSSONIELLO
                            United States Attorney

                            STEPHANIE M. HINDS
                            Assistant United States Attorney

Enc.

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOSEPH O. JOHNS (No. 144524)
 4  Assistant United States Attorney
    Chief, Environmental Crimes Section
 5       1300 U.S. Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-4536
 7       Email: joseph.johns@usdoj.gov
    RONALD J. TENPAS
 8  Assistant Attorney General
    ELINOR COLBOURN                      E-FILED 05-18-09
 9  Senior Trial Attorney                CC: USPO/PTS/USM
    United States Department of Justice
10  Environment and Natural Resources Division
    Environmental Crimes Section
11       601 D. St., NW
         Washington, DC 20004
12       Telephone: (202) 305-0321
         Facsimile: (202) 305-0397
13
    Attorneys for Plaintiff
14  United States of America

15              UNITED STATES DISTRICT COURT

16          FOR THE CENTRAL DISTRICT OF CALIFORNIA

17
    UNITED STATES OF AMERICA,  ) CR No. 07-00449 (PSG) -Deft 6
18                             )
                   Plaintiff,  ) [PROPOSED] PRELIMINARY ORDER FOR
19                             ) FORFEITURE
         v.                    )
20                             )
    PETER X. LAM,              ) (GOVERNMENT'S MOTION FOR A
21                             ) PRELIMINARY ORDER OF FORFEITURE
              Defendant.       ) AND SUPPORTING MEMORANDUM OF
22                             ) POINTS AND AUTHORITIES
                               ) CONCURRENTLY FILED)
23                             )
                               )
24  _____)
25
26
27
28
```

[PROPOSED] ORDER

This matter having come before the Court upon motion of the United States of America for a Preliminary Order of Forfeiture; and the Court having considered said motion and the bases therefore as well as the opposition thereto; and good and sufficient cause having been shown; the Court makes the following findings and orders:

WHEREAS, on October 29, 2008, a jury found defendant Peter X. Lam guilty of Counts One, Two, Three and Four of the Redacted Indictment;

WHEREAS, on   May 18, 2009  , this Court, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, determined that defendant Lam participated in the conspiracy alleged in Count One, to cause merchandise to be introduced into the United States in violation of 18 U.S.C. § 545, which property includes the specific property identified in Attachment A hereto, that is 267,570 pounds of frozen fish fillets, as well as an additional $12,578,676 worth of such merchandise that was introduced into the United States pursuant to the conspiracy during the time defendant Lam was a participant in the conspiracy;

WHEREAS, the United States has filed a Motion for Entry of Preliminary Order of Forfeiture which would consist of an order of forfeiture of the specific 267,570 pounds of frozen fish fillets identified in Attachment A hereto, and of a personal money judgment in the amount of $12,578,676 for defendant Lam;

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary

2

1  proceeding is required to the extent that the forfeiture consists
2  of a money judgment";

3      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED
4  that defendant Lam shall forfeit to the United States the sum of
5  $12,578,676.

6      IT IS FURTHER ORDERED that defendant Lam shall forfeit to
7  the United States the 267,570 pounds of frozen fish fillets
8  identified in Attachment A hereto, pursuant to Title 18, United
9  States Code, Section 545 and Rule 32.2(b) of the Federal Rules of
10  Criminal Procedure;

11      IT IS FURTHER ORDERED that the United States, through its
12  appropriate agency, having previously seized the forfeited
13  property, shall forthwith publish on www.forfeiture.gov, a
14  government website, for at least thirty days, notice of this
15  Order, notice of the government's intent to dispose of the
16  property in such manner as the Attorney General may direct and
17  notice that any person, other than the defendant, having or
18  claiming a legal interest in the property must file a petition
19  with the Court and serve a copy on government counsel within
20  thirty (30) days of the final publication of notice or of receipt
21  of actual notice, whichever is earlier;

22      IT IS FURTHER ORDERED that the United States District Court
23  shall retain jurisdiction in the case for the purpose of
24  enforcing this Order;

25      IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this
26  Order of Forfeiture shall become final as to defendant at the
27
28                                  3

1 | time of sentencing, and shall be made part of the sentence and

2 | included in the judgment;

3 |     IT IS FURTHER ORDERED that the United States may, at any

4 | time, move pursuant to Rule 32.2(e), and 21 U.S.C. § 853(p)(1)(B)

5 | and (p)(2), and 28 U.S.C. § 2461(c), to amend this Order of

6 | Forfeiture to substitute property having a value not to exceed

7 | $3,041,398.97 for defendant Lam to satisfy the money judgment in

8 | whole or in part; and

9 |     IT IS FURTHER ORDERED that the Clerk of the Court shall

10 | forward four certified copies of this Order to Senior Trial

11 | Attorney Elinor Colbourn, U.S. Department of Justice, Environment

12 | and Natural Resources Section, 601 D St., NW, Room 2132,

13 | Washington, D.C. 20004.

14 |

15 | SO ORDERED:

16 | DATED this  18th  day of ~~February~~ May, 2009.

17 |

18 |                                   PHILIP S. GUTIERREZ
                                    HONORABLE PHILIP S. GUTIERREZ
                                    UNITED STATES DISTRICT JUDGE

19 |

20 | ATTEST:

21 |

22 | CLERK OF THE COURT

23 | BY: Irene Ramirez
        Deputy Clerk

24 |

25 |

26 |

27 |

28 |                                   4

EXHIBIT E

1  GEORGE S. CARDONA
   Acting United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSEPH O. JOHNS (Cal. Bar No. 144524)
4  Assistant United States Attorney
   Chief, Environmental Crimes Section
5     1300 United States Courthouse
      312 North Spring Street
6     Los Angeles, California 90012                    E-FILED 12-07-09
      Telephone: (213) 894-4536/3359                   LINK TO DOC. # 502
7     Facsimile: (213) 894-6436
      E-mail: joseph.johns@usdoj.gov
8                                                       CC: PTS/USPO/FISCAL
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                       UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,        )    Case No.  CR 07-00449-6 PSG
                                     )
14                   Plaintiff,      )    [PROPOSED] FINAL ORDER OF
                                     )    FORFEITURE
15           v.                      )
                                     )
16  PETER X. LAM,                    )
                                     )
17                   Defendant.      )
                                     )
18  _____  )

19          On May 18, 2009, the Court entered a Preliminary Order of Forfeiture forfeiting the

20  following property, 267,570 pounds of frozen fish fillets, and a money judgment of $12,578,676,

21  pursuant to Title 21, United States Code, Sections 853(p)(1)(B) and (p)(2); and Title 28, United

22  States Code, Section 2461(c).

23          The United States represents that it has complied with the publication and notice

24  requirements of the Preliminary Order and that no petitions have been filed.

25  //

26  //

27

28

1     THEREFORE, it is ordered that the above-described property shall be forfeited to the United

2    States, pursuant to Title 21, United States Code, Sections 853(p)(1)(B) and (p)(2); and Title 28,

3    United States Code, Section 2461(c). All right, title, and interest in said property is vested in the

4    United States of America.  The appropriate federal agency shall dispose of the forfeited property

5    according to law.

6

7    Dated:  12/04/09                                **PHILIP S. GUTIERREZ**

8                                                     HONORABLE PHILIP S. GUTIERREZ
                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28